UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
July 22, 2002
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

JUDGMENT IN A CIVIL CASE

CARRIER CORPORATION

v.     CASE NUMBER: CIV S-00-1262 GEB PAN

JOHN J BURDETTE

**XX** -- Jury Verdict. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE
WITH THE JURY VERDICT RENDERED JULY 18, 2002.

JACK L. WAGNER,
CLERK OF COURT

ENTERED: July 22, 2002

by: *[signature]*
K CARLOS, Deputy Clerk

United States District Court
for the
Eastern District of California
July 22, 2002

kdc

* * CERTIFICATE OF SERVICE * *

2:00-cv-01262

Carrier Corp

v.

Burdette

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 22, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Claudia Jane Robinson
Lewis Brisbois Bisgaard and Smith
2500 Venture Oaks Way
Suite 350
Sacramento, CA 95833-3500

SF/GEB

TM/PAN

Anthony J Poidmore
Law Offices of Anthony J Poidmore
3300 Douglas Boulevard
Suite 190r
Roseville, CA 95661-3897

Jack L. Wagner, Clerk

BY: /s/ 
Deputy Clerk