UNITED STATES DISTRICT COURT
Eastern District of California

__Carrier_____
           Plaintiff(s).

vs.

__Burdette_____
          Defendant(s).

_____/

Case No. __CV S-00-1262 GEB PAN__

ORDER RE: DOCUMENTS

The Clerk, having been directed to inform the court of any document which has been filed and not being in proper form, has advised that your document(s): __Judgment on Cross-Claim_____

official court docket number(s) _____ x filed xx lodged __July 25, 2002__

is / are deficient as indicated below:

**FILED**

**JUL 3 0 2002**

CLERK, U S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

[ ]  Document(s) do not conform to Local Rule 7-131.
    [ ] Not signed
    [ ] Not original signature

[ ]  Filing and contents of document(s) are deficient pursuant to Local Rule _____
    [ ] Insufficient copies
    [ ] Other: _____

[xx] Certificate of Service deficient pursuant to F.R.C.P. 5 and Local Rule 5-135.
    [X] Not provided
    [ ] Improper

[x]  Other: __Carrier Corporation has failed to show authority supporting its position that another judgment needs to be entered.__

**THEREFORE, IT IS HEREBY ORDERED:**

[ ]  Document(s) is / are APPROVED as filed. No notice to parties required.

[✓]  Document(s) is / are STRICKEN from the record. Clerk is directed to notify party.

[ ]  Other: _____

Date: __July 29, 2002__

_____
United States District Judge or Magistrate Judge

106

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Dennis G. Seley, SB# 64584
Claudia J. Robinson, SB# 057260
2500 Venture Oaks Way, Suite 200
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Plaintiff:
**CARRIER CORPORATION**

"STRICKEN FROM THE RECORD PER ORDER DATED: 7/30/02."

LODGED
JUL 2 5 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIER CORPORATION, | CASE NO: **CIV S-00-1262 GEB/PAN** |
| Plaintiff, | The Hon. Garland E. Burrell, Jr. |
| v. | **JUDGMENT ON CROSS-CLAIM** |
| JOHN J. BURDETTE, | TRIAL DATE:   July 9, 2002 |
| Defendant. | DEPT.:   10 |

Pursuant to the court's order of February 25, 2002, granting the motion of plaintiff/cross-defendant CARRIER CORPORATION for summary adjudication of each of the claims presented in the cross-claim of cross-complainant JOHN J. BURDETTE, judgment is hereby granted in favor of CARRIER CORPORATION on the allegations of the cross-claim. Let judgment enter forthwith.

DATE: July ____, 2002

**HON. GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE**

SAC2002:9288.1                                   -1-
JUDGMENT ON CROSS-CLAIM

```
                  United States District Court
                             for the
                   Eastern District of California
                          July 30, 2002


                    * * CERTIFICATE OF SERVICE * *


                                       2:00-cv-01262


     Carrier Corp

        v.

     Burdette

     _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 30, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Claudia Jane Robinson                    SF/GEB
        Lewis Brisbois Bisgaard and Smith
        2500 Venture Oaks Way
        Suite 350
        Sacramento, CA   95833-3500

        Anthony J Poidmore
        Law Offices of Anthony J Poidmore
        3300 Douglas Boulevard
        Suite 190r
        Roseville, CA   95661-3897




                                          Jack L. Wagner, Clerk

                                       BY: _____
                                           Deputy Clerk
```